1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11
JAN R. HILL,                              1: 08 CV 00364 LJO  WMW HC
12
                    Petitioner,           ORDER   GRANTING   RESPONDENT'S
13                                         REQUEST FOR STAY

14      v.                                [Doc. 10]

15
KATHY  MENDOZA  POWERS,  WARDEN,
16

17                  Respondent.
                _____/
18

19

20

21          Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

22  U.S.C. Section 2254.   On May 27, 2008, Respondent filed a request for a stay pending issuance of

23  the mandate in  Hayward v. Marshall, Ninth Circuit Court of Appeals number 06-55392.  Petitioner

24  did not respond to the request. Good cause appearing, Respondent's request is HEREBY

25  GRANTED. This case is STAYED pending issuance of the mandate in Hayward v. Marshall, now

26  pending before the Ninth Circuit.  Respondent is DIRECTED to immediately inform the court upon

27  the issuance of the mandate.

28

1   IT IS SO ORDERED.

2   **Dated:    July 14, 2008**              **/s/  William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28