UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN R. HILL, | 1: 08 CV 00364 LJO  WMW HC |
|         Petitioner, | ORDER VACATING ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |
|   v. | [Doc. 18] |
| KATHY MENDOZA POWERS, WARDEN, | |
|         Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On August 4, 2008, this court entered an order granting Petitioner's request for an extension of time to file his traverse.  This order was entered in error, because this case is stayed pursuant to the court's order of July 15, 2008.  No further briefing is due in this case until the court enters an order lifting the stay.  Accordingly, the court's order of July 15, 2008, is HEREBY VACATED.  No traverse may be filed until further order of the court.

IT IS SO ORDERED.

**Dated:   August 19, 2008**                              /s/  William M. Wunderlich

1  UNITED STATES MAGISTRATE JUDGE